# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

SUSAN HADASSAH MORROW,

    *Plaintiff*,

v.                             CASE NO. 4:16CV248-MW/GRJ

KATHLEEN L. FUHRMAN ET AL.,

    *Defendants.*

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed de novo Plaintiff's objections to the report and recommendation, ECF No. 7. Upon consideration,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is DISMISSED without prejudice for abuse of the judicial process." The Clerk shall terminate

Case 4:16-cv-00248-MW-GRJ   Document 8   Filed 05/26/16   Page 2 of 2

2

all outstanding motions and close the file.

**SO ORDERED on May 26, 2016.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**
